IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60177
Conference Calendar

_____


J. CARL WILSON,
GERALD GRUDZINSKAS,
and DEBRA GRUDZINSKAS;

                                        Plaintiffs-Appellants,

versus

J. TAYLOE SIMMONS, JR. ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:98-CV-125-WS
- - - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     J. Carl Wilson, Gerald Grudzinskas, and Debra Grudzinskas,
appeal the district court's order dismissing their civil lawsuit.
The district court dismissed based on lack of jurisdiction.  The
appellants have not identified any error on the part of the
district court.  They have failed to brief whether the district
court erred in dismissing their appeal for lack of jurisdiction.
The appellants have presented nothing for this court to review.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Their appeal is frivolous and is therefore DISMISSED.  *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); 5th Cir. R. 42.2.  We warn the appellants that additional frivolous appeals filed by them or on their behalf will invite the imposition of sanctions.  To avoid sanctions, the appellants are cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.  Finally, the appellants' motion to consolidate the cause of action on appeal with a separate bankruptcy action is DENIED.

MOTION DENIED; APPEAL DISMISSED; SANCTIONS WARNING ISSUED.